**FILED**
**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AEE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 393**

| | | |
|---|---|---|
| IP INNOVATION LLC and TECHNOLOGY LICENSING CORPORATION | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) ) | Judge
Magistrate Judge |
| MITSUBISHI ELECTRIC CORPORATION, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**JUDGE ST. EVE**
**MAGISTRATE JUDGE COX**

### PLAINTIFFS' LOCAL RULE 3.2 NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Fed.R.Civ.P.7.1, Plaintiff IP Innovation L.L.C., through their attorneys, declare that IP Innovation is a wholly-owned indirect subsidiary of Acacia Research Corporation, which is a Delaware corporation whose common stock trades principally on the NASDAQ Exchange (ACTG:CMBX). IP Innovation L.L.C. has no additional corporate or other patents, subsidiaries, affiliates, securities or other interests which are publicly held or traded on any American stock exchange. Plaintiff Technology Licensing Corporation has no corporate or other patents, subsidiaries, affiliates, securities or other interests which are publicly held or traded on any American stock exchange.

Respectfully Submitted,

/s/ Douglas M. Hall
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons

        Douglas M. Hall
        David J. Mahalek
        NIRO, SCAVONE, HALLER & NIRO
        181 West Madison, Suite 4600
        Chicago, Illinois  60602
        Telephone:  (312) 236-0733
            Attorneys For IP Innovation LLC and
            Technology Licensing Corporation