FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IP INNOVATION LLC and TECHNOLOGY LICENSING CORPORATION | ) ) ) ) | **08 C 393** |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) ) | Judge<br>Magistrate Judge  **JUDGE ST. EVE**<br>**MAGISTRATE JUDGE COX** |
| MITSUBISHI ELECTRIC CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of plaintiffs:

   - IP Innovation LLC
     707 Skokie Boulevard
     Suite 600
     Northbrook, IL 60062

   - Technology Licensing Corporation
     1000 E. William Street, Suite 204
     Carson City, NV 89701

2. Names and addresses of defendants:

   - Mitsubishi
     Tokyo Building
     2-7-3, Marunouchi, Chiyoda-ku
     Tokyo 100-8310, Japan

3. Name of Inventors: J. Carl Cooper

4.     United States Patent Numbers Involved:

    5,424,780 C1
    6,529,637 B1
    6,870,964

                     Respectfully Submitted,

                     /s/ Douglas M. Hall
                     Raymond P. Niro
                     Joseph N. Hosteny
                     Arthur A. Gasey
                     Paul C. Gibbons
                     Douglas M. Hall
                     David J. Mahalek
                     NIRO, SCAVONE, HALLER & NIRO
                     181 West Madison, Suite 4600
                     Chicago, Illinois  60602
                     Telephone:  (312) 236-0733
                         Attorneys For IP Innovation LLC and
                         Technology Licensing Corporation