**AO 121 (6/90)**

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| **DOCKET**<br>08cv393 | **DATE FILED**<br>1/17/2008 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
|---|---|---|
| **PLAINTIFF**<br>IP Innovation LLC, et al | | **DEFENDANT**<br>Mitsubishi Electric Corporation |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 5,424,780 C1 | 6/13/1995 | J. Carl Cooper |
| 6,529,637 B1 | 3/4/2003 | J. Carl Cooper |
| 6,870,964 | 3/22/2005 | J. Carl Cooper |
| | | |
| | | |
| | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment     [ ] Answer     [ ] Cross Bill     [ ] Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENT** |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Michael W. Dobbins | Tiana Davis | 1/18/08 |
| | | |