# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

IP Innovation LLC, et al.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−00393
                                    Honorable Amy J. St. Eve

Mitsubishi Electric Corporation
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

   MINUTE entry before Judge Honorable Amy J. St. Eve:Plaintiff's oral request for an extension of time to file the joint status report and extend status hearing date is granted. ( Joint Status Report due by 5/5/2008., Status hearing set for 4/9/2008 is stricken and reset to 5/8/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.