# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

IP Innovation LLC, et al.

                           Plaintiff,

v.                                                       Case No.: 1:08−cv−00393

                                                               Honorable Amy J. St. Eve

Mitsubishi Electric Corporation

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 5/8/2008, defendant not present. Defendant to answer or otherwise plead by 7/18/2008. ( Joint Status Report due by 7/21/2008. Status hearing set for 7/23/2008 at 09:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.