IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 393 |
| vs. | ) ) ) | Judge St. Eve<br>Magistrate Judge Cox |
| MITSUBISHI ELECTRIC CORPORATION, | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

IP Innovation L.L.C. and Technology Licensing Corporation. ("Plaintiffs") and Mitsubishi Electric Corporation ("Defendant") (collectively, "the parties") jointly request that Defendant be given until August 18, 2008 to file its response to Plaintiffs' Complaint. As good cause in support of this motion, the parties state as follows:

1. The Plaintiffs filed the Complaint on January 17, 2008 (Docket Entry No. 1).

2. Defendant executed, and Plaintiffs filed, the waiver of service of summons on April 22, 2008 (Docket Entry 20). Under Fed. R. Civ. P. 4(d)(3), Defendant would be entitled to 90 days to respond to the Complaint because the waiver of service of summons was sent "to the defendant outside any judicial district of the United States." Thus, the Court set the following dates: a) Defendant to answer or otherwise plead by July 18, 2008; b) Joint Status Report due by 7/21/2008; and c) Status hearing set for 7/23/2008 at 08:30. (Docket Entries 21 and 22).

3. The Defendant has not previously requested from the Court any extension concerning filing of a responsive pleading has been sought or granted. The parties agree and

submit that neither side would be unduly prejudiced by a one month postponement of the dates referenced above.

Thus, Plaintiffs and Defendant respectfully request that this Court grant a 30 day extension for the Defendant to answer or otherwise plead (i.e., to August 18, 2008), and a 30 day extension to file the Joint Status Report (i.e., to August 21, 2008).  Likewise, Plaintiffs and Defendant respectfully request that this Court strike and reset the Status hearing currently set for July 23, 2008 to a date after the filing of the Joint Status Report.

Respectfully submitted:

| /s/Steven P. Petersen | /s/ Arthur A. Gasey |
|---|---|
| John W. Kozak | Raymond P. Niro |
| Steven P. Petersen | Arthur A. Gasey |
| LEYDIG, VOIT & MAYER, LTD. | Paul C. Gibbons |
| Two Prudential Plaza, Suite 49— | Douglas M. Hall |
| Chicago, IL  60601-6731 | David J. Mahalek |
| 312-616-5600 | NIRO, SCAVONE, HALLER & NIRO |
| 312-616-5700 FAX | 181 West Madison, Suite 4600 |
| jkozak@leydig.com | Chicago, IL  60602 |
| spetersen@leydig.com | 312-236-0733 |
|  | 312-236-3137 FAX |
|  | niro@nshn.com |
|  | gasey@nshn.com |
|  | gibbons@nshn.com |
|  | dhall@nshn.com |
|  | Mahalek@nshn.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| Dated:  July 17, 2008 | Dated:  July 17, 2008 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** was served upon the following, this 17th day of July 2008, via ECF Service:

>John W. Kozak
>Steven P. Petersen
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza,
>Chicago, IL  60601-6731
>312-616-5600
>312-616-5700 FAX
>jkozak@leydig.com
>spetersen@leydig.com


>/s/ Arthur A. Gasey