IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IP INNOVATION LLC, and <br> TECHNOLOGY LICENSING <br> CORPORATION <br><br>             Plaintiffs, <br><br> vs. <br><br><br> MITSUBISHI ELECTRIC CORPORATION, <br><br>             Defendant. | ) <br> ) <br> ) <br> )   No.  08 C 393 <br> ) <br> )   Judge St. Eve <br> )   Magistrate Judge Cox <br> ) <br> )   JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

TO:    See Certificate of Service

      PLEASE TAKE NOTICE that on **Tuesday, July 22, 2008 at 8:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy St. Eve, or any other judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, **Room 1241**, Chicago, Illinois, and shall then and there present an **AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT.**

                                               Respectfully Submitted,

                                               /s/ Arthur A. Gasey_____
                                               Raymond P. Niro
                                               Arthur A. Gasey
                                               Paul C. Gibbons
                                               Douglas M. Hall
                                               David J. Mahalek
                                               NIRO, SCAVONE, HALLER & NIRO
                                               181 West Madison, Suite 4600
                                               Chicago, IL  60602
                                               Telephone:  312-236-0733
                                               Fax:  312-236-3137
                                               ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court on July 17, 2008.

>John W. Kozak
>Steven P. Petersen
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 49—
>Chicago, IL  60601-6731
>Telephone:  312-616-5600
>Fax:  312-616-5700
>jkozak@leydig.com
>spetersen@leydig.com


>                /s/ Arthur A. Gasey