IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 393 |
| vs. | ) ) ) | Judge St. Eve<br>Magistrate Judge Cox |
| MITSUBISHI ELECTRIC CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

IP Innovation L.L.C. and Technology Licensing Corporation. ("Plaintiffs") and Mitsubishi Electric Corporation ("Defendant") (collectively, "the parties") jointly request that Defendant be given until September 18, 2008 to file its response to Plaintiffs' Complaint. As good cause in support of this motion, the parties state as follows:

1.  The Defendant's answer or other responsive pleading is due August 18, 2008.

2.  Recently, the parties scheduled a settlement meeting in Chicago for August 27, 2008. In order for the parties to engage in the most productive settlement meeting possible, both sides will need the current time period to focus on preparing for settlement negotiations rather than engaging in ongoing litigation activities such as the joint plan currently due August 21, 2008.

3.  The parties agree and submit that neither side would be unduly prejudiced by a one month postponement of the dates referenced above.

Thus, Plaintiffs and Defendant respectfully request that this Court grant a 30 day extension for the Defendant to answer or otherwise plead (i.e., to September 18, 2008), and

a 30 day extension to file the Joint Status Report (i.e., to September 21, 2008).  Likewise, Plaintiffs and Defendant respectfully request that this Court strike and reset the Status hearing currently set for August 26, 2008 to a date after the filing of the Joint Status Report.

Respectfully submitted:

| | |
|---|---|
| */s/Steven P. Petersen* | */s/ Arthur A. Gasey* |
| John W. Kozak | Raymond P. Niro |
| Steven P. Petersen | Arthur A. Gasey |
| LEYDIG, VOIT & MAYER, LTD. | Paul C. Gibbons |
| Two Prudential Plaza, Suite 49— | Douglas M. Hall |
| Chicago, IL  60601-6731 | David J. Mahalek |
| 312-616-5600 | NIRO, SCAVONE, HALLER & NIRO |
| 312-616-5700 FAX | 181 West Madison, Suite 4600 |
| jkozak@leydig.com | Chicago, IL  60602 |
| spetersen@leydig.com | 312-236-0733 |
| | 312-236-3137 FAX |
| | niro@nshn.com |
| | gasey@nshn.com |
| | gibbons@nshn.com |
| | dhall@nshn.com |
| | Mahalek@nshn.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| Dated:  August 18, 2008 | Dated:  August 18, 2008 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** was served upon the following, this 18th day of August, 2008, via ECF Service:

>John W. Kozak
>Steven P. Petersen
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza,
>Chicago, IL  60601-6731
>312-616-5600
>312-616-5700 FAX
>jkozak@leydig.com
>spetersen@leydig.com

  /s/ Arthur A. Gasey