IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IP INNOVATION LLC, and<br>TECHNOLOGY LICENSING<br>CORPORATION<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br><br>MITSUBISHI ELECTRIC CORPORATION,<br><br>　　　　　　　Defendant. | No.  08 C 393<br><br>Judge St. Eve<br>Magistrate Judge Cox<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:   See Certificate of Service

　　　PLEASE TAKE NOTICE that on **Thursday, August 21, 2008 at 8:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy St. Eve, or any other judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, **Room 1241**, Chicago, Illinois, and shall then and there present an **AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT.**

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Arthur A. Gasey_____
　　　　　　　　　　　　　　　　　　Raymond P. Niro
　　　　　　　　　　　　　　　　　　Arthur A. Gasey
　　　　　　　　　　　　　　　　　　Paul C. Gibbons
　　　　　　　　　　　　　　　　　　Douglas M. Hall
　　　　　　　　　　　　　　　　　　David J. Mahalek
　　　　　　　　　　　　　　　　　　NIRO, SCAVONE, HALLER & NIRO
　　　　　　　　　　　　　　　　　　181 West Madison, Suite 4600
　　　　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　　　Telephone:  312-236-0733
　　　　　　　　　　　　　　　　　　Fax:  312-236-3137
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court on August 18, 2008.

>John W. Kozak
>Steven P. Petersen
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 49—
>Chicago, IL  60601-6731
>Telephone:  312-616-5600
>Fax:  312-616-5700
>jkozak@leydig.com
>spetersen@leydig.com


>/s/ Arthur A. Gasey