IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION<br>　　　　　　　　　　　　Plaintiffs,<br>　　　　vs.<br>MITSUBISHI ELECTRIC CORPORATION,<br>　　　　　　　　　　　　Defendant. | No. 08 C 393<br><br>Judge St. Eve<br>Magistrate Judge Cox<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF FILING AMENDED COMPLAINT

Plaintiffs, IP Innovation LLC ("IPI") and Technology Licensing Corporation ("TLC") (collectively "Plaintiffs") pursuant to Fed.R.Civ.P. 15(a)(1)(A), file herewith an Amended Complaint which adds additional party defendants Microsoft Corporation ("Microsoft") and V, Inc. ("Vizio"), as well as adding a claim for infringement of United States Patent No. 7,382,929 B2, which issued June 3, 2008. This patent is part of the same patent family as the other three patents in suit. Mitsubishi Electric Corporation ("Mitsubishi") has not yet answered the Complaint, and thus the plaintiffs may amend as a matter of course. F.R.C.P. 15(a)(1)(A).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ David J. Mahalek
　　　　　　　　　　　　　　　　　　　Raymond P. Niro
　　　　　　　　　　　　　　　　　　　Arthur A. Gasey
　　　　　　　　　　　　　　　　　　　Paul C. Gibbons
　　　　　　　　　　　　　　　　　　　Douglas M. Hall
　　　　　　　　　　　　　　　　　　　David J. Mahalek
　　　　　　　　　　　　　　　　　　　Niro, Scavone, Haller & Niro
　　　　　　　　　　　　　　　　　　　181 West Madison, Suite 4600
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　Telephone: (312) 236-0733
　　　　　　　　　　　　　　　　　　　　　Attorneys for IP Innovation LLC, and
　　　　　　　　　　　　　　　　　　　　　Technology Licensing Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF FILING AMENDED COMPLAINT** was served upon the following, this 3rd day of September, 2008, via ECF Service:

>John W. Kozak
>Steven P. Petersen
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza,
>Chicago, IL  60601-6731
>312-616-5600
>312-616-5700 FAX
>jkozak@leydig.com
>spetersen@leydig.com


        s/ David J. Mahalek