## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV393                    Assigned/Issued By: J. N.

Judge Name:                             Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____           ☐ Other
        *(Type of Writ)*               _____
                                       _____
                                       *(Type of issuance)*

_1_ Original and _0_ copies on _9-4-08_ as to _MICROSOFT CORPORATION_
                                *(Date)*