## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv393                    Assigned/Issued By: j. n.

Judge Name:                             Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets           ☐ Other

☐ Writ _____             _____
(Type of Writ)                          _____
                                        *(Type of issuance)*

1 Original and 0 copies on 9-4-08 as to vizio, inc.
                       (Date)