UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

IP Innovation LLC, et al.
                                    Plaintiff,

v.                                                            Case No.: 1:08−cv−00393
                                                              Honorable Amy J. St. Eve

Mitsubishi Electric Corporation, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

MINUTE entry before the Honorable Amy J. St. Eve:Status Report due by 10/3/2008. Status hearing set for 9/9/08 is stricken and reset to 10/7/2008 at 08:30 AM. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.