IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 393 |
| vs. | ) ) ) | Judge St. Eve<br>Magistrate Judge Cox |
| MITSUBISHI ELECTRIC Corporation, VIZIO, INC. (f/k/a V, Inc.), and MICROSOFT CORPORATION | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PROPOSED AGREED ORDER OF DISMISSAL**

Plaintiffs and Defendant Mitsubishi Electric Corporation ("MITSUBISHI") have agreed to a compromise and settlement of this Civil Action and, based upon that agreement and the consent of Plaintiffs and MITSUBISHI as set forth below, it is hereby ORDERED as follows:

1. This Court has jurisdiction over the subject matter of this action and over Plaintiffs and MITSUBISHI.

2. All claims and counterclaims made in this Civil Action by Plaintiffs against MITSUBISHI and by MITSUBISHI against the Plaintiffs are hereby dismissed with prejudice.

3. All other claims of Plaintiffs against the remaining defendants remain in place and are not in any way waived, discharged or compromised by the entry of this Order.

4. Plaintiffs and MITSUBISHI shall each bear their own costs and attorneys' fees.

SO ORDERED:

Dated: September 24, 2008

United States District Judge

AGREED TO:

/s/ Steven P. Petersen	/s/ Arthur A. Gasey

John W. Kozak	Raymond P. Niro
Steven P. Petersen	Joseph N. Hosteny
LEYDIG, VOIT & MAYER, LTD.	Arthur A. Gasey
Two Prudential Plaza, Suite 4900	Paul C. Gibbons
Chicago, IL 60601-6731	Niro, Scavone, Haller & Niro
Telephone: 312-616-5600	181 West Madison, Suite 4600
Fax: 312-616-5700	Chicago, Illinois 60602
**Attorneys for Mitsubishi**	Telephone: 312-236-0733
**Electric Corp.**	**Attorneys for the Plaintiffs**