IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IP INNOVATION LLC and TECHNOLOGY LICENSING CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.  08 C 393 |
| v. | ) ) | Honorable Sharon Johnson Coleman Magistrate Judge Cox |
| VIZIO, INC. (f/k/a V, INC.), | ) ) | |
| Defendant. | ) | |

## AGREED MOTION FOR ENTRY OF
## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs IP Innovation LLC and Technology Licensing Corporation and Defendant VIZIO, Inc. jointly move this Court to enter the Stipulated Order of Dismissal with prejudice that is attached to this motion as Exhibit A.

The Plaintiffs and VIZIO therefore respectfully ask this Court to enter the attached Order.

Respectfully Submitted,

/s/ Paul C. Gibbons
Raymond P. Niro
Arthur A. Gasey
Paul C. Gibbons
David J. Mahalek
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL  60602
Telephone:  312-236-0733
Fax:  312-236-3137

*Attorneys for Plaintiffs*
*IP Innovation LLC and Technology Licensing Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that a copy of the foregoing **AGREED MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court on January 27, 2011.

>Dana M. Herberholz
>(herberholz@zarianmidgley.com)
>John N. Zarian
>(zarian@zarianmidgley.com)
>Peter M. Midgley
>midgley@zarianmidgley.com
>Zarian Midgley & Johnson PLLC
>960 Broadway Avenue, Suite 250
>Boise, ID 83706
>Tel: 208-562-4900
>
>R. David Donoghue
>(david.donoghue@hklaw.com)
>Holland & Knight LLP
>131 S. Dearborn, 30th Floor
>Chicago, IL 60603
>Tel: 312-263-3600
>Fax: 312-578-6666
>
>**Attorneys for VIZIO, Inc.**

/s/ Paul C. Gibbons

2